**NAME** Randolph Goldberg, Esq.

**BAR CODE #** 5970

**ADDRESS** 4000 S. Eastern Ave #200
Las Vegas, NV 89119

**PHONE #** (702) 735-1500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Malik Price

Case Number: 09-22058
Chapter Number: 13

Debtor

Trustee: Yarnall

### AMENDMENT TO BANKRUPTCY PETITION
(Check All Applicable Boxes)

THE FOLLOWING **ATTACHED** MARKED ITEMS HAVE BEEN AMENDED IN THE ABOVE NAMED BANKRUPTCY PETITION THAT PERTAIN TO THE SCHEDULES "D", "E", "F" AND THE MATRIX AND/OR LIST OF CREDITORS.

*FEE REQUIRED ($26.00) FOR THE FOLLOWING:*

- ( ) ADDING CREDITORS (TO SCHEDULES AND/OR MAILING MATRIX)
- ( ) DELETING CREDITORS
- ( ) AMOUNT OWED TO CREDITOR HAS BEEN CHANGED
- ( ) CLASSIFICATION OF DEBT HAS BEEN CHANGED

THE FOLLOWING MARKED ITEMS HAVE BEEN AMENDED IN THE ABOVE NAMED BANKRUPTCY

*NO FEE REQUIRED FOR THE FOLLOWING:*

- ( ) TO CHANGE THE ADDRESS OF A LISTED CREDITOR
- ( ) TO ADD THE NAME AND ADDRESS OF A LISTED CREDITOR
- ( ) RELIEF HAS BEEN ORDERED ON INVOLUNTARY CASE. SCHEDULES ARE ATTACHED.
- ( ) CASE HAS BEEN CONVERTED AND NEW PETITION IS ATTACHED.
- ( ) DOCUMENTS MISSING FROM ORIGINAL FILING.
- (X) OTHER  Schedule C

DATED:

ATTORNEY/DEBTOR

B6C (Official Form 6C) (12/07)

In re  **MALIK PRICE**                                                                  Case No.   **09-22058**
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> RESIDENCE <br> 6604 PLUMFLOWER LANE <br> LAS VEGAS NV 89108 <br> 2005 | Nev. Rev. Stat. § 21.090(1)(m) | 13,234.00 | 185,000.00 |
| **Household Goods and Furnishings** <br> HOUSEHOLD GOODS | Nev. Rev. Stat. § 21.090(1)(b) | 3,100.00 | 3,100.00 |
| **Wearing Apparel** <br> WEARING APPAREL | Nev. Rev. Stat. § 21.090(1)(b) | 1,440.00 | 1,440.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> 401K | Nev. Rev. Stat. § 21.090(1)(r) | 3,000.00 | 3,000.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** <br> 2009 TAX REFUNDS <br> EARNED INCOME CREDITS | Nev. Rev. Stat. § 21.090(1)(y) | 1,000.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 1990 MAZDA PROTEGE <br> RESIDENCE | Nev. Rev. Stat. § 21.090(1)(f) | 500.00 | 500.00 |

|   |   | Total: | 22,274.00 | 193,040.00 |
|---|---|---|---|---|

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy