**Entered on Docket**
**March 29, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 735-1500
Attorney for Debtor
Nevada State Bar no. 5970

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| malik price | ) | |
| | ) | BK-S-09-22058-mkn |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| Debtor(s). | ) | Date:  02/04/2010 |
| | ) | Time:  2:30 PM |

### ORDER RE: MOTION TO VACATE DISMISSAL ORDER AND TO REOPEN CHAPTER 13 PROCEEDING

This matter having come on for hearing this 4th day of January 2010, RANDOLPH H. GOLDBERG, ESQ., on behalf of the Debtor, having been present, proper notice having been given, and upon the arguments of counsel, it is therefore ORDERED AND DECREED:

THAT the stay provided under Chapter 13 of the Bankruptcy Case be reinstated and

1 | the Order of Dismissal and Denial of Discharge be vacated.

7 | DATED this _____ day of _____, 2010.

9 | Submitted by:

THE LAW OFFICES OF
RANDOLPH H. GOLDBERG

By/S/ RANDOLPH GOLDBERG ESQ.
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern, Suite 200
Las Vegas, Nevada 89119
Attorney for Debtor

APPROVED/DISAPPROVED
AS TO FORM AND CONTENT

CHAPTER 13 TRUSTEE

_____
RICK YARNALL. Trustee
701 BRIDGER AVE., SUITE 820
Las Vegas, NV 89101

## LR 9021. ENTRY OF JUDGMENTS AND ORDERS.

(c) <u>Certification language</u>.

(1) Documents listed in subsection (a) above must be submitted to the court with the following certification from the submitting counsel:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

**RICK A. YARNALL**
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101

___ Approved
___ Disapproved
_X_ Failed to respond

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

(2) No language other than ""approved"" or ""disapproved"" may appear above opposing counsel"s signature; and

(3) Unless the court orders otherwise, ""opposing counsel"" means any attorney who appeared at the hearing regarding the matter that is the subject of the order or who filed objections.

(4) Variation from the certification language indicated in paragraph (c)(1) may be cause for returning the draft order unsigned by the court.

/S/MAILE HANSEN
an employee of
THE LAW OFFICES OF
RANDOLPH H. GOLDBERG, ESQ.